```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 36682
    MAUREEN A HARPER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7040


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 09/12/2005 and was confirmed 11/14/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 05/16/2008.
---------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                 PAID             PAID
---------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED             .00              .00
CAPITAL ONE BANK           UNSECURED        NOT FILED             .00              .00
COOK COUNTY STATES ATTY    UNSECURED        NOT FILED             .00              .00
CPS SECURITY               UNSECURED        NOT FILED             .00              .00
DRESS BARN                 UNSECURED        NOT FILED             .00              .00
EVERGREEN MEDICAL SPECIA   UNSECURED        NOT FILED             .00              .00
FIFTH THIRD BANK           UNSECURED        NOT FILED             .00              .00
PREMIER BANCARD CHARTER    UNSECURED            616.16            .00           616.16
FIRST PREMIER BANK         UNSECURED        NOT FILED             .00              .00
ILLINOIS INTERNET          UNSECURED        NOT FILED             .00              .00
MED COLLECTIONS SERVICES   UNSECURED        NOT FILED             .00              .00
MIDNIGHT VELVET            UNSECURED            209.96            .00           209.96
PDL FINANCIAL SERVICES     UNSECURED           4556.57            .00          4556.57
RETAILERS NATIONAL BANK    NOTICE ONLY      NOT FILED             .00              .00
SURETY FINANCE CORP        UNSECURED            646.20            .00           646.20
TCF BANK                   UNSECURED        NOT FILED             .00              .00
UNIVERSITY OF ILLINOIS C   UNSECURED        NOT FILED             .00              .00
UNIVERSITY OF ILLINOIS M   UNSECURED        NOT FILED             .00              .00
WALGREENS ADVANCE CARE     UNSECURED        NOT FILED             .00              .00
WAL MART STORES INC        UNSECURED        NOT FILED             .00              .00
WORLD FINANCIAL NETWORK    UNSECURED            404.11            .00           404.11
ROBERT J ADAMS & ASSOC     REIMBURSEMENT        194.00            .00           194.00
ECAST SETTLEMENT CORP      UNSECURED            479.06            .00           479.06
TIMOTHY K LIOU             UNSECURED           2144.65            .00          2144.65
NCO FINANCIAL              UNSECURED            200.00            .00           200.00
NCO FINANCIAL              UNSECURED            150.00            .00           150.00
NCO FINANCIAL              UNSECURED            200.00            .00           200.00
NCO FINANCIAL              UNSECURED            200.00            .00           200.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY       2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                              797.59
DEBTOR REFUND              REFUND                                               301.70


                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 36682 MAUREEN A HARPER
```

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 13,800.00 | |
| PRIORITY | | 194.00 |
| SECURED | | .00 |
| UNSECURED | | 9,806.71 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 797.59 |
| DEBTOR REFUND | | 301.70 |
| TOTALS | 13,800.00 | 13,800.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 36682 MAUREEN A HARPER